UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| DONNA SUE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 22-113-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Donna Smith's Complaint is **DISMISSED**, with prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 23, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky